FILED

JAN 28 || 53 AM '11

U.S. MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  BRADLEY GILES
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Fax (702) 388-6698

6

7                    **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

9                                **-oOo-**

10  UNITED STATES OF AMERICA          )
                                      )
11  vs                                )
                                      )
12  CHATTEL KNOWN AS                  )        2:10-mj-910-LRL
    SONY PLAY STATION                 )
13  BLACK IN COLOR                    )
    DEA EXHIBIT N-910                 )
14  _____   )

15

16  **GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT**

17         COMES NOW the United States of America, by and through Daniel G. Bogden, United

18  States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal

19  the Affidavit together with the Application, Return and the Court's Order for purposes of discovery

20  in the above-captioned matter.

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26

1         Unsealing is necessary to permit the Government to copy and distribute the above

2  referenced documents to the defense.

3

4                DATED this _26 th_ day of January, 2011.

5

6                              Respectfully submitted,

7                              DANIEL G. BOGDEN
                                  United States Attorney

8

9

10                            BRADLEY GILES
                            Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FILED

JAN 28  11 53 AM '11

U.S. MAGISTRATE JUDGE

BY_____

1
2
3
4
5
6       **UNITED STATES DISTRICT COURT**
7       **DISTRICT OF NEVADA**
8                -oOo-
9
UNITED STATES OF AMERICA            )
10                                      )
vs                                  )
11                                      )
CHATTEL KNOWN AS                    )      2:10-mj-910-LRL
12   SONY PLAY STATION                  )
BLACK IN COLOR                      )
13   DEA EXHIBIT N-910                  )
                                        )
14
15          Based on Government's Application for an Order to Unseal the Affidavit together with
16   the Application, Return and the Court's Order issued in the above-captioned matter and good cause
17   appearing, therefor
18          IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be
19   unsealed.
20
        DATED this **28th** day of January, 2011.
21
22                              _____
23                              UNITED STATES MAGISTRATE JUDGE
24
25
26

3